UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRANCHAUNN RANGE,

        Plaintiff,

-against-

CLIFFORD MAYFIELD, et al.,

        Defendants.

**ORDER**

24-CV-02263 (PMH)

PHILIP M. HALPERN, United States District Judge:

    Discovery in this matter ended on May 23, 2025. (Doc. 39). The time to move for summary judgment expired, pursuant to Fed. R. Civ. P. 56(b), on June 23, 2025. Although the time to file a joint pretrial order pursuant to the Court's Individual Practices Rule 6(A) passed on June 23, 2025, the Court *sua sponte* extends that deadline *nunc pro tunc* to August 1, 2025 and directs that the materials required under both Rules 6(A) and 6(B) shall be submitted by August 1, 2025.

    The case management conference scheduled for June 30, 2025 is adjourned *sine die*.

SO ORDERED:

Dated: White Plains, New York
      June 24, 2025

                                            Hon. Philip M. Halpern
                                            United States District Judge