

**Office of the New York State Attorney General**

---

**Via ECF**
Hon. Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

> Application granted in part and denied in part. The time to submit all filings required by this Court's Individual Practices Rules 6(A) and 6(B) is extended to September 12, 2025.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>             August 29, 2025

  Re: *Range v. Mayfield et al.,* 24 Civ. 2263 (PMH)

Dear Judge Halpern:

  This office represents Defendants in this incarcerated individual's excessive force and failure to protect action.  Pursuant to the Court's Order dated June 27, 2025, the deadline for the parties to file a joint pretrial order was extended by the Court to August 29, 2025. (ECF Doc. # 42).

  The parties have engaged in extensive settlement negotiations and are hopeful that they will be able to resolve this matter without further Court intervention.  Plaintiff has provided a settlement demand, our office has settlement authority, and both sides are confident that a settlement can be reached.  Plaintiff's counsel has advised that communicating with Plaintiff has been difficult due to the fact that his client is incarcerated but he currently has a legal conference, to discuss Defendants' current offer, with his client scheduled for September 3, 2025.  In addition, unexpectedly, due to a medical issue that has arisen after I completed an ultrasound earlier this month, I anticipate surgery sometime next month.  Based on the reasons as stated above and in order to provide sufficient time to complete settlement negotiations, the parties respectfully request that deadlines be stayed up to and including September 12, 2025.

  The parties thank the Court for its attention to this matter.

                Respectfully submitted,

                */s/ John E. Jerman*
                John E. Jerman
                Assistant Attorney General
                John.Jerman@ag.ny.gov

cc: Plaintiff's Counsel of Record (by ECF)